JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PALOMA RUBI ORTUNO FLORES,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-02412-PD

**JUDGMENT**

Pursuant to the Order Granting In Part Petition for Writ of Habeas Corpus and ordering Petitioner's immediate release, IT IS ADJUDGED that Count Two of the Petition is granted and Counts One and Three are dismissed without prejudice.

DATED: May 15, 2026

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE